FILED 3 FEB '20 10:23USDC-ORP

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of Oregon

Portland Division

John Dewey Wills Jr
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Grasley, Ginsley, Cantu, Allred,
Cloos, Bilbrey, Brantley, et al

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No.  3:20-cv-191-SI
*(to be filled in by the Clerk's Office)*

Jury Trial Demanded

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                                  John Dewey Wills Jr

All other names by which
you have been known:        N/A

ID Number                          78751-065

Current Institution             FDC Sheridan

Address                             P.O. Box 6000

Sheridan              Oregon    97378
           *City*              *State*    *Zip Code*

### B.    The Defendant(s) Please see attached for additional Defendants

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                                  Andrew Grasley

Job or Title *(if known)*         Medical Director - Sheridan FCI

Shield Number                    Don't Know

Employer                            FBOP

Address                              P.O. Box 6000

Sheridan              Oregon    97378
           *City*              *State*    *Zip Code*

☒ Individual capacity    ☐ Official capacity

Defendant No. 2

Name                                  Ginsley

Job or Title *(if known)*         Doctor at Sheridan FCI

Shield Number                    Don't Know

Employer                            FBOP

Address                              P.O. Box 6000

Sheridan              Oregon    97378
           *City*              *State*    *Zip Code*

☒ Individual capacity    ☐ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name — Cantu

Job or Title (if known) — Doctor at Sheridan FCI

Shield Number — Don't Know

Employer — FBOP

Address — P.O. Box 6000

Sheridan     Oregon   97378
     City       State     Zip Code

[X] Individual capacity    [ ] Official capacity

Defendant No. 4

Name — Allred

Job or Title (if known) — Doctor who fills in at Sheridan FDC

Shield Number — Don't Know

Employer — FBOP

Address — P.O. Box 6000

Sheridan     Oregon   97378
     City       State     Zip Code

[X] Individual capacity    [ ] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against (check all that apply):

[X] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

N/A

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? The Constitutional prohibition of "cruel and Unusual Punishments" under the Eighth Amendment, and the "unnecessary and wanton inflection of pain" by deliberate indifference to serious medical needs. Violations of the cruel and Unusual Punishments Clause of the Constitutions Eighth Amendment

Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attached

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☒    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

Federal Detention Center Sheridan, Oregon Between Dec 2018 to Jan 2020, and continue and remain ongoing

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

From, Dec 2018 to Jan 2020, and are ongoing

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please see attached "statement of claim"
and
"claims" → 1-7

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Had a fall on Unit J1 when leg went out, next day pain, leg going out more often, back, shoulder problems. Head and neck issues, problem walking/balance

Recieved no treatment and am still not recieving any and continue to be ignored by medical

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See attached

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

### VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Sheridan Federal Detention Center "at" Sheridan Federal Correctional Institution

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

though i believe medical claims should be coverd as they were listed in grievances

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

## Sheridan Federal Detention Center

2.    What did you claim in your grievance? Lack of medical treatment
Safety issues to person's health
Deliberate indifference to medical issues
Failure to respond provide treatment, get records, etc...

3.    What was the result, if any? None, bogusly not responed to
ignored or sent back for bogus reasons

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
Sent to next level
Blocked by Staff

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

N/A

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Please See Attached

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.    _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

No

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit

        Plaintiff(s) _____

        Defendant(s) _____

    2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

    3.    Docket or index number

_____

    4.    Name of Judge assigned to your case

_____

    5.    Approximate date of filing lawsuit

_____

    6.    Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition _____

    7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    1-28-2020

| | |
|---|---|
| Signature of Plaintiff | John D Willo Jr |
| Printed Name of Plaintiff | John Dewey Wills Jr |
| Prison Identification # | 78751-065 |
| Prison Address | FCI Sheridan, P.O. Box 6000 |
| | Sheridan                          OR        97378 |
| | *City*                            *State*      *Zip Code* |

### B.    For Attorneys

Date of signing:  _____

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |
| | *City*                  *State*          *Zip Code* |
| Telephone Number | |
| E-mail Address | |

FILED 3 FEB '20 10:23USDC-ORP

## The Parties to This Complaint, Defendant(s) cont...

**Defendant No. 5**

Name — Beth Cloos

Job or Title — "RN" Nurse at Sheridan FDC

Shield Number — Don't Know

Employer — PHS

Address — P.O. Box 6000

Sheridan, Oregon 97378

✴ Individual Capacity

**Defendant No. 6**

Name — Bilbrey

Job or Title — not sure, at time was acting unit manager

Shield Number — Don't Know

Employer — FBOP

Address — P.O. Box 6000

Sheridan, Oregon 97378

✴ Individual Capacity

**Defendant No. 7**

Name — Brantley

Job or Title — Unit Manager for Sheridan's FDC J1, J2

Shield Number — Don't Know

Employer — FBOP

Address — P.O. Box 6000

Sheridan, Oregon 97378

✴ Individual Capacity

Defendant No.8
    Name
Job or Title
Shield Number
    Employer
    Address

## Basis for Jurisdiction

D.) The government has an obligation to provide medical care for those it is punishing by incarceration and deliberate indifference to serious medical needs of prisoners constitutes the "unnecessary and wanton infliction of pain."

As such Defendants: Cantu, Cloos, Ginsley, Grasley, Allred, Bilbrey, and Brantley in their individual capacity by, being deliberately indifferent to well documented serious medical needs and causing further unrevesable permant damage, to plaintiff.

By... refusing to provide medically necessary care and treatment without which plaintiff's health can not be maintained without significant further serious deteriration and permant irreversable damage to plaintiff.

Defendant's were aware of plaintiffs medical needs and issues but were deliberately indifferent to them. Causing plantiff to stay in well documented chronic pain for over a year and ongoing, Keeping him in harm, and causing further permant irreversable damage to his body.

All above defendants were deliberately indifferent to plaintiff's serious medical needs, causing the "unnecessary and wanton infliction of pain" which is a clear violation of the Cruel and Unusual Punishments Clause of the Constitutions Eighth Amendment.

Statement of Claim

~~Statement of Claim~~
"~~Basis for Jurisdiction~~"

D.

From Dec 2018 to Jan 2020, and continuing and ongoing Defendants: Cantu, Cloos, Ginsley, Grasley, and Alfred who all work as medical personel at Sheridan were deliberately indifferent to plaintiffs well documented serious medical needs and chronic pain. Providing no medical services, medications, modalities, denying access to any medical services, refusing to get medical records, or to respond to any medical communications written or electronic.

Defendants were made aware of all of plaintiffs medical issues and that without medically necessary care and treatment without which plaintiffs health could not be maintained without significant risk of further serious deterioration of plaintiff's condition and unrepairable damage resulting in plaintiff's inability to walk (as documented in plaintiff's medical records) and that Defendant's were made aware of in the numerous communications referenced above (which plaintiff has copies of)

Defendant's were and continue to be deliberately indifferent doing nothing, ignoring safety and health issues.

Plaintiff has many witness's as to situation, complaints, pain, etc.

(over)

Defendants Bilbrey and Brantley unit managers during 2019 and 2020 for Sheridans Federal Detention Center unit J1.

Were maid aware that medical was refusing to respond to medical communications or provide any type of treatment for serious medical issues and that because of this plaintiff was being left in chronic pain, that plantiffs body was deteriorating and that serious irrepairable damage was being done to it and that there was a risk and danger to plaintiff's safety.

Because its their job to oversee all issues at Sheridans FDC plaintiff asked them to step in and get plaintiff medical services and to fix the grievance process.

They chose to be deliberately indifferent to serious medical needs, safety issues, etc...

Many witness's, many who are dealing with the same issues plus plantiff has copies of all communications written and electronic.

"Statement of Claim"    page 1 of 7
Claims

Claim #1) "Failure to Protect"

The following Defendant's: Cantu, Cloos, Ginsley, Grasley, Allred, Bilbrey, and Brantley were deliberately indifferent to plaintiff's safety from Dec 2018 to Jan 2020. The defendant's through many communications, written and electronic were made aware that plaintiff has serious medical issues and that as documented in plaintiff's medical records these issues include plaintiff's left leg and arm to go out causing mobility issues and that this has caused falls in the past. Defendant's were made aware of this on numerous occasions and were warned of the risk/danger and that there was a risk to plaintiff's health and safety and that due to the lack of medical treatment, pain management, and lack of moddalities that plaintiff was getting worse and that his left side was going out more often but still failed to act even though a fall was reasonably foreseeable. Defendant's chose to ignore plaintiff's communications and continued to be deliberately indifferent for over one-year providing no treatment, medications, or moddalities and that irreversable damage and further harm was taking place. This ongoing deliberate indifference caused plaintiff to sustain a fall and though at the time it didn't seem that bad the next day when plaintiff complained of worsening pain and symptoms they ignored him and continue to do so. Plaintiff's condition has gotten worse with his left side

page 2 of 7

going out more often and the pain being debilitating but even though Defendant's have been made aware of this they continue to be deliberately indifferent doing nothing causing the ongoing wanton infliction of pain, and a further risk of serious harm and safety including irreversable damage to plaintiff. As such this is a violation of plaintiff's constitutional rights that continues and is on-going, this is a violation of plaintiff's Constitutional Rights under the Cruel and Unusual Punishments Clause of the Constitutions Eighth Amendment.

Claim #2) "Deliberate Indifference to Serious Medical Needs"
The following Defendant's: Cantu, Cloos, Ginsley, Grasley, and Allred from Dec 2018 to Jan 2020. Defendant's were deliberately indifferent to plaintiff's serious medical needs which they were made aware of on numerous occassions by both written and electronic communications requesting again and again for over one-year that defendant's get plaintiff's medical records as they would not listen or respond in regard to plaintiff's medical issues. Instead they were deliberately indifferent and were insufficiently interested in plaintiff's health to take even minimal steps to provide treatment doing their best to purposefully avoid knowledge of plaintiff's injuries leaving him in chronic pain and causing irreversable harm causing irreversable damage and further permanent harm to his body. Their continued deliberate indifference as further

Claims                                          page 3 of 7

manifested by their failure to ask necessary questions or to take a history of plaintiff's medical issues causing the wanton infliction of pain that continues and is on-going and is a violation of plaintiff's constitutional rights as it is a violation of the Cruel and Unusual Punishments Clause of the Constitutions Eighth Amendment.

Claim #3) "Denial of Medical Treatment for Serious Medical Needs" The following Defendants: Cantu, Cloos, Ginsley, Grasley, Allred, Bilbrey, Brantley were deliberately indifferent from Dec 2018 to Jan 2020. Defendants were deliberately indifferent to plaintiff's serious medical needs by leaving him in chronic pain for over one-year intentionally denying medical treatment even though made aware again and again through written and electronic communications. Ignoring all pleas for help leaving plaintiff in substantial chronic pain, causing irreversable harm and permanent irrapairable damage resulting in a fall that resulted in futher injury that Defendants refuse to address causing mental and emotional suffering, as well the cumulative effect of being in chronic pain everyday and the repeated denial of any medical care interfears with plaintiff's daily activities, as well as causing additional problems. This wanton infliction of pain and suffering is a violation of plaintiff's constitutional rights and is a violation of the Eighth Amendments proscription against Cruel and Unusual Punishment.

page 4 of 7

Claim #4) "Wanton Infliction of Pain"

The following Defendants: Cantu, Cloos, Ginsley, Grasley, Allred, and Brantley from Dec 2018 to Jan 2020. Defendants were deliberately indifferent to plaintiff's chronic pain and refused and denied treatment, medications, and moddalities as well as anything else that would help. They refused to get medical records or to see plaintiff, ignoring requests to see the doctor. Further the lack of sick call, refusal to respond to medical communications, lack of medical staff to provide proper treatment and their continued medical deficiencies combined with their deliberate indifference caused the unnecessary and wanton infliction of pain, causing issues with both my health and safety, interfearing with major life activities, causing mental and emotional suffering, causing irreversable permant damage to my body and affecting my quality of life. This is a violation of my Constitutional Rights and is a violation of the Cruel and Unusual Punishments Clause of the Constitutions Eighth Amendment.

Claim #5) "Intentionally Interfering with Pain Management Treatment Previously Prescribed"

The following Defendants: Cantu, Cloos, Ginsley, Grasley, and Allred from Dec 2018 to Jan 2020. Defendants

Claims                                    page 5 of 7

were deliberately indifferent to plaintiff's chronic pain and its management by intentionally interfering with pain meds plaintiff was previously recieving while at Sheridan and before coming to Sheridan thus causing the unnecessary and wanton infliction of pain, issues with both my health and safety, interfearing with major life activities causing mental and emotional suffering as well as causing irreversable permant damage and harm to my body affecting my quality of life. Defendants were made aware of these issues time and time again in numerous written and electronic communications for over one-year. Defendant's were also made aware when plaintiff showed doctors approx fifty pages of medication records in his possession. The doctors continued to be deliberately indifferent making statements that "they didn't believe me but not to worry as he would keep me alive long enough to serve my sentance". and "you could of forged this paperwork", I have many people I have to see today and were short seven doctors so I don't have time to address your medical issues". These actions are violations of my Constitutional Rights and are a violation of the Cruel and Unusual Punishments Clause of the Constitutions Eighth Amendment.

page 6 of 7

Claim #6) "Threatened with Irreparable Harm"

The following Defendants: Cantu, Cloos, Ginsley, Grasley, Allred, Bilbrey, Brantley, and John and Jane Doe's yet named from Dec 2018 to Jan 2020 and ongoing. Defendants were and continue to be Deliberatley Indifferent to plaintiff's safety and medical needs as well as his chronic pain. Defendants have denied the plaintiff any kind of medical care, medication, moddalities, and exams, as well as refusing to get plaintiff's medical records. Plaintiff has been asking for all of these things for over one-year in numerous written and electronic communications that continue to be ignored. Plaintiff's serious medical needs documented in his medical records by several physicians goes ignored and plaintiff has been denied treatment for over one-year. Defendants continued an on-going Deliberate Indifference causes plaintiff to continue to be threatned with irreparable harm on a daily bases. As documented because of the nature of plaintiff's injuries and the fact that plaintiff continues to recieve no medical treatment plaintiff will likely never walk normal again and could loose the ability to walk all together as documented in his medical records, as well as suffer other catastrophic consequences as plaintiff has allready suffered a fall and continues to get worse every day but is still ignored and no treatment is provided though he ask's again and again that it be provided. As a matter of law

Claims                          page 7 of 7

the continuing deprivation of plaintiff's Constitutional Rights constitutes irreparable harm. These actions on the part of the named defendants are violations of my Constitutional Rights and are a violation of the Cruel and Unusual Punishments Clause of the Constitutions Eighth Amendment.

Claim #7) In violation of my U.S. Constitutional Eighth Amendment, Cruel and Unusual Punishment, I'd offer that the cumulative effect of any one, two, or more of these claims prove and establish defendant's deliberate indifference and unnecessary wanton infliction of pain upon me. That when taken cumulatively, defendant's actions are clearly systematic, intentional, knowingly made (and is my belief and understanding done) in an effort to provide less than Constitutionally required medical treatment.

# Relief

VI) Compensatory Damages:

Plaintiff is asking for $2,400,000    this is for the following:

1) The failure to treat plaintiffs chronic pain for over one year
2) Emotional distress
3) mental anguish
4) Ongoing damages arising from the repetition of ongoing similar acts
5) further injury and irrepairable damage
6) Residual or projected effects reducing plaintiff's ability to function and walk
7) ongoing pain and suffering
8) Interfearing with plaintiffs quality of life
9) Interfearing with plaintiffs major life activities
10) Plaintiff's health and Safety
11) Further degeneration
12) ongoing medical treatment and care
13) Deliberate indifference to serious medical needs
14) attorneys fee's
15) costs
16) Cumulative effects from the repeated denial of care

"And"

Punitive Damages:

Plaintiff askes an additional $20,000    be awarded for each defendant involved.

## Exhaustion of Administrative Remedies
## Administrative Procedures

G.) Plaintiff has tried to exhaust his administrative remedies on several occassions. But the grievance process here at Sheridan FDC is a dead end. That is because administrators here at Sheridan FDC Unit J1 go out of their way and do all that they can to thwart inmates from taking advantage of the grievance process through various illiceit means. This is a common practice here at Sheridan FDC Unit J1 as many of the inmates can attest to. As such administrative remedies are effectively unavailable to plaintiff.

   Plaintiff in good faith has tried to use the administrative remedies here at Sheridan FDC Unit J1 including efforts to make superiors aware of the ongoing problems with the grievance system.

   They continue to be deliberatly indifferent to the issue offering no help or remedy. As such by law plaintiff has in fact exhausted his administrative remedies.

* Currently plaintiff's Federal Public Defender has all communications, informal resolutions, and grievances, including responses regarding all issues. Plaintiff can secure copies to prove

what he is saying is factual and can and will provide them to the court if deemed necessary.